UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

vs.                                      ORDER

Miguel Rios-Quintero (1),         No. 16-cr-161 (MJD/LIB)
Erivan Argenix Gomez (3),

      Defendants.

_____

The above-entitled matter comes before the Court on Defendants' objections to the Report and Recommendation of Magistrate Judge Leo I. Brisbois dated September 8, 2016 in which he recommends the Court deny their motions to suppress evidence.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review, the Court adopts the Report and Recommendation and will deny Defendants' motions to suppress evidence. Accordingly,

**IT IS ORDERED:**

1. That Defendant Gomez's Motion to Suppress Evidence Acquired by Means of Illegal Search and Seizure, [Docket No. 70], is **DENIED**.

2. That Defendant Rios-Quintero's Motion to Suppress Evidence Obtained in Violation of the Fourth Amendment, [Docket No. 78], is **DENIED**.

3. That Defendant Gomez's Motion for Severance of Defendants, [Docket No. 65], is **DENIED without prejudice**.

DATED: October 20, 2016                    s/Michael J. Davis
                                           Michael J. Davis
                                           United States District Court